David C. Powell (SBN 129781)
Molly Taylor Zapala (SBN 245985)
Email: mzapala@reedsmith.com
Nicholas D. Fine (SBN 285017)
Email: nfine@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorneys for Defendant Bank of America, N.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKIE D. HAYWARD,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, N.A. ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY COULD ON PLAINTIFF'S TITLE THERETO; AND DOES 1-10,<br><br>　　　　　　　Defendants. | Case No.: 3:13-cv-02236-DMS-JMA<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

This case comes before the Court on the Motion of Defendant Bank of America, N.A. to dismiss the First Amended Complaint of Plaintiff Mickie D. Hayward ("Plaintiff"). The motion is unopposed. Having read and considered the pleadings in support of the Motion, the Court grants the Motion. Plaintiff's First Amended Complaint is hereby dismissed with prejudice and without further leave to amend. The Clerk of Court shall close the file.

**IT IS SO ORDERED:**

DATED: March 21, 2014

By _____
Honorable Dana M. Sabraw
United States District Court Judge

–1–

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT